IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| PAMELA SMITH | ) | CASE NO. 18-15017 JDL |
| | ) | CHAPTER 13 |
| DEBTOR | ) | |

**MOTION TO SELL PROPERTY FREE AND CLEAR OF LIENS AND ENCUMBRANCES
AND BRIEF IN SUPPORT THEREOF
WITH NOTICE AND OPPORTUNITY FOR HEARING
AND NOTICE OF HEARING**

**NOTICE OF OPPORTUNITY FOR HEARING**

Your rights may be affected. You should read this document carefully and consult your attorney about your rights and the effect of this document. **If you do not want to the Court to grant the relief requested, or you wish to have your views considered, you must file a written response or objection to the requested relief with the Clerk of the United States Bankruptcy Court for the Western District of Oklahoma, 215 Dean A. McGee Ave., Oklahoma City, OK 73102, no later than 21 days from the date of this pleading.** You should also serve a file stamped copy of your response or objection to the undersigned movant/movant's attorney [and others who are required to be served] and file a certificate of service with the Court. If no response or objection is timely filed, the Court may grant the requested relief without a hearing or further notice.

The 21-day period includes the three (3) days allowed for mailing provided for in Bankruptcy Rule 9006(f)

**NOTICE OF HEARING**

     A hearing on Debtor's Motion to Sell Property Free and Clear of Liens and Encumbraces shall be held on June 30, 2021, at 10:00 a.m. The location shall be the courtroom of the Honorable Janice D. Loyd, 2nd Floor Courtroom, 215 Dean A. McGee Ave., Oklahoma City, Oklahoma 73102.

1

COMES NOW Debtor Paula Puckett and respectfully requests that this Court allow her to sell property free and clear of liens and encumbrances pursuant to 11 USC §1303, which grants debtors the right to sell property pursuant to 11 USC §363(f). In support, Debtor states as follows:

1. Debtor owns certain real estate described as:

    1327 Canterbury Blvd.
    Altus, OK 73521

    Legal description:

    English Village Blk 4 Lot 31, Jackson County, State of Oklahoma

2. The real estate has been identified in Debtor's Schedule A and is not exempt because Debtor maintains a separate homestead. Debtor owns a one-third interest in such real estate by way of inheritance.

3. Debtor proposes to sell the property free and clear of any liens and encumbrances, and respectfully requests the Court's permission to do so. Debtor requests that her interest in proceeds from the sale be delivered directly by the Bailey's Abstract and Title Company to the Chapter 13 Trustee to pay claims on file in this case, including unsecured claims.

4. The sale is scheduled for July 1, 2021.

5. Eleven USC 1303 allows debtors in Chapter 13 to sell property free and clear of liens and encumbrances pursuant to 11 USC 363(f). Debtor's proposed sale complies in all respects that that provision of the Bankruptcy Code.

6. A copy of the contract for sale is attached hereto.

WHEREFORE, premises considered, Debtors respectfully request that this Court allow her to sell the above-described property free and clear of any liens and encumbrances, that the funds for Debtor's interest in the sale be paid directly to the Chapter 13 Trustee for distribution to claims

secured by such property, and then to priority and unsecured creditors. Debtor further requests any other relief to which she may be entitled at equity or law.

Respectfully submitted:

S/ MIKE ROSE
Mike Rose, OBA No. 15523
4101 Perimeter Center Drive, Suite 120
Oklahoma City, OK 73112
405 / 605-3757 telephone
405 / 605-3758 facsimile
michaeljrosepc@gmail.com
ATTORNEY FOR DEBTORS

## CERTIFICATE OF SERVICE

Undersigned certifies that on 6-7-21, the foregoing document was served, via United States Mail, 1st class postage pre-paid, and properly addressed to the following:

    All creditors and on the attached mailing matrix

                              s/ MIKE ROSE
                              Mike Rose

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1087-5<br>Case 18-15017<br>Western District of Oklahoma<br>Oklahoma City<br>Thu Feb 21 17:19:39 CST 2019 | USBC Western District of Oklahoma<br>215 Dean A. McGee<br>Oklahoma City, OK 73102-3426 | AT&T CORP<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Capital One Bank (USA), N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| Comenitycb/ulta<br>Po Box 182120<br>Columbus OH 43218-2120 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Kohls/capone<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls WI 53051-7096 |
| Midland Funding<br>2365 Northside Dr Ste 30<br>San Diego CA 92108-2709 | Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | Nationstar Mortgage, LLC d/b/a Mr. Cooper<br>Bankruptcy Department<br>PO Box 619096<br>Dallas, TX 75261-9096 |
| Nationstar/mr Cooper<br>350 Highland<br>Houston TX 77009-6623 | Oklahoma Tax Commission<br>Attn Anna Wyatt<br>Assistant General Counsel<br>100 North Broadway, Ste 1500<br>Oklahoma City OK 73102-8601 | Oklahoma Tax Commission<br>Attn: Bankruptcy Division<br>100 North Broadway Ave., Ste 1500<br>Oklahoma City OK 73102-8601 |
| (p)OKLAHOMA TAX COMMISSION<br>GENERAL COUNSEL S OFFICE<br>100 N BROADWAY AVE SUITE 1500<br>OKLAHOMA CITY OK 73102-8601 | OneMain Financial<br>PO BOX 3251<br>EVANSVILLE, IN 47731-3251 | Onemain<br>Po Box 1010<br>Evansville IN 47706-1010 |
| Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Shapiro & Cejda, LLC<br>770 NE 63rd St<br>Oklahoma City OK 73105-6423 | US Attorney's Office/Oklahoma<br>210 Park Ave., #400<br>Oklahoma City OK 73102-5628 |
| United States Trustee<br>United States Trustee<br>215 Dean A. McGee Ave., 4th Floor<br>Oklahoma City, OK 73102-3479 | Walters Coop c/o Hyman Copeland<br>117 N Broadway St<br>Walters OK 73572-1257 | John T. Hardeman<br>PO Box 1948<br>Oklahoma City, OK 73101-1948 |
| Mike J Rose<br>4101 Perimeter Center Drive<br>Suite 120<br>Oklahoma City, OK 73112-2309 | Pamela Ranae Smith<br>117 English Drive<br>Oklahoma City, OK 73160-6932 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Capital One<br>15000 Capital One Dr<br>Richmond VA 23238 | Internal Revenue Service<br>PO Box 745<br>District Director<br>Chicago IL 60690 | Oklahoma Tax Commission<br>Attn: Bankruptcy Division<br>120 N Robinson Ste 2000<br>Oklahoma City OK 73102 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Nationstar Mortgage LLC d/b/a Mr. Cooper

End of Label Matrix
Mailable recipients   25
Bypassed recipients    1
Total                 26